UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH A. STEPHEY,

    Plaintiff,

v.                                                             Case No.: 8:20-cv-1203-T-AAS

ANDREW M. SAUL,
**Commissioner of Social Security,**

    **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 23). This request is unopposed. (*Id.* at p. 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for these reasons:

> On remand, the Appeals Council will instruct an administrative law judge (ALJ) to take the following actions: (1) update the medical evidence; (2) evaluate the opinion evidence in accordance with the agency's revised regulations for evaluating medical evidence; (3) offer the plaintiff the opportunity for a new hearing; (4) obtain vocational expert testimony, if necessary; and (4) issue a new decision

The Clerk of the Court is directed to enter judgment in favor of the

plaintiff and close the file.

**ORDERED** in Tampa, Florida on May 6, 2021.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge